

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00058-CV

**TEXAS MIDSTREAM GAS SERVICES, L.L.C.,**

                                                                          **Appellant**

 **v.**

**DR. BANGALOR V. RAMAKRISHNA,**

                                                                          **Appellee**

**From the 18th District Court
Johnson County, Texas
Trial Court No. C201100498**

# O R D E R

Appellee's Objection to Referral to Mediation is overruled.


                                                   PER CURIAM



Before Chief Justice Gray, and
        Justice Davis,
Objection overruled
Order issued and filed February 13, 2019